## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Amherst H. Wilder Foundation,<br><br>Plaintiff,<br><br>v.<br><br>Planned Parenthood Minnesota, North Dakota, South Dakota,<br><br>Defendant. | Court File No. 0:18-cv-00312 (DSD/SER)<br><br>**SECOND JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |

The parties, through their undersigned counsel, jointly request that the Court extend the deadline until July 18, 2018 for Planned Parenthood Minnesota, North Dakota, South Dakota to respond to the Complaint filed by Amherst H. Wilder Foundation.

On May 15, 2018, the parties previously requested that the Court extend the deadline to respond until June 18, 2018. Doc. No. 5. The Court granted this request on May 16, 2018. Doc. No. 7.

Dated: June 13, 2018

/s/ Katherine A. Moerke
**STINSON LEONARD STREET LLP**
Joel D. Leviton (# 0308687)
Katherine A. Moerke (# 0312277)
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone:  612-335-1500
Email:   joel.leviton@stinson.com
            katie.moerke@stinson.com

**ATTORNEYS FOR DEFENDANT PLANNED PARENTHOOD MINNESOTA, NORTH DAKOTA, SOUTH DAKOTA**

140260372.1

| | |
|---|---|
| Dated:  June 13, 2018 | /s/Michael M. Lafeber |
| | Michael M. Lafeber (#0242871)<br>**BRIGGS & MORGAN, PA**<br>80 S. 8TH Street, Suite 2200<br>Minneapolis, MN  55402<br>Telephone:  612-977-8400<br>Email:  mlafeber@briggs.com<br><br>**ATTORNEYS FOR PLAINTIFF<br>AMHERST H. WILDER<br>FOUNDATION** |

140260372.1                                2